# In the United States Court of Federal Claims

TRACE SYSTEMS INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 20-cv-870

Filed: March 15, 2021

## ORDER

On March 15, 2021, this Court held a telephonic status conference related to the parties' March 3, 2021 joint status report (ECF No. 16). As discussed during the conference, by April 15, 2021 the parties shall **FILE** a joint status report reflecting their position(s) on referring this action to a Senior Judge of this Court for alternative dispute resolution. The deadlines in this Court's December 3, 2020 Scheduling Order (ECF No. 11) remain unchanged.

IT IS SO ORDERED.

s/ Eleni M. Roumel
ELENI M. ROUMEL
Judge